AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Roy A. Watson
V.
United States

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:06CV00058

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 01/12/2006

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PRO SE ▮▮▮▮ (name and address)

Roy A. Watson
P.O.B. 766
Provo, UT. 84603

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON  
CLERK

JAN 12 2005  
DATE

_Maureen Higgins_  
(By) DEPUTY CLERK



Home | Help | Sign in

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 2510 0000 7764 0735**
Detailed Results:

- **Delivered, January 25, 2006, 10:37 am, WASHINGTON, DC 20001**
- **Arrival at Unit, January 24, 2006, 7:20 am, WASHINGTON, DC 20066**
- **Acceptance, January 19, 2006, 12:37 pm, PROVO, UT 84605**

Track & Confirm

Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

