IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| ROY A. WATSON, | ) |
|---|---|
| Plaintiff, | ) No. 1:06-cv-00058 (EGS) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

## NOTICE OF RELATED CASES

The United States, by and through undersigned, attaches hereto a table listing related cases. Save for the identity of the plaintiff, the complaints in the following cases are substantially identical to that filed in this matter.

| case style | district of residence | judge | date motion filed | date dismissed |
|---|---|---|---|---|
| *Robert H. Anderton v. U.S.*, No. 1:06-cv-129 RBW | E.D. Tex. | Walton | | |
| *Edward J. Armbruster III v. U.S.*, No. 1:05-cv-2375 PLF | E.D. Tex. | Friedman | | |
| *Jeffrey Bean v. U.S.*, No. 1:05-cv-2145 CKK | D.S.C. | Kollar-Kotelly | | |
| *Hamlet C. Bennett v. U.S.*, No. 1:05-cv-2297 RMC | D. Haw. | Collyer | | |
| *Matthew Brandt v. U.S.*, No. 1:05-cv-1613 ESH | C.D. Ill. | Huvelle | 10.28.05 | 01.30.06 |
| *Paul Broward v. U.S.*, No. 1:05-cv-1774 HHK | W.D. Wash. | Kennedy | 01.17.06 | |

1