IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY A. WATSON, | ) |
| | ) |
| Plaintiff, | ) No. 1:06-cv-00058 (EGS) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | |

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on March 27, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Roy A. Watson
>P.O. Box 766
>Provo, UT 84603

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ