# RECEIVED

AUG 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## United States District Court
### FOR THE DISTRICT OF COLUMBIA

Roy A Watson
PO Box 766
Provo, UT 84603,
801-602-9068

Case No. **1:06cv00058**  *EGS*

ADDENDUM TO COMPLAINT

Plaintiff(s),

Addendum No. 2

v.

United States Government

Defendant.


I/we have previously filed a claim pursuant to IRC §7433 alleging that officers/employees/agents of the Internal Revenue Service have disregarded and are continuing to disregard multiple provisions of the Internal Revenue Code and its regulations.

I/we have received the attached correspondence. I/we submit it to the Court as evidence that notwithstanding the filing of the aforementioned suit officers/employees/agents of the Internal Revenue Service continue to disregard multiple provisions of the Internal Revenue Code and its regulations and/or are retaliating against me/us for filing the instant action.

I/we have previously requested a copy of the certificate of assessment signed by an authorized assessment officer. To date I/we have not received any such certificate. Therefore, I/we have concluded that there exists no procedurally proper assessment of

taxes against me/us and that officers/employees/agents of the Internal Revenue Service have disregarded and continue to disregard sections 6201, 6202, 6203 of the code by refusing/failing to make a procedurally proper assessment and to provide me/us same upon request. In the absence of a procedurally proper assessment no collection activity may take place. In the absence of a procedurally proper assessment any collection activity is unauthorized and constitutes an exaction in the guise of a tax, i.e., felony extortion.

Please attach this addendum to my/our original 7433 claim as evidence that officers/employees/agents of the Internal Revenue Service continue to disregard provisions of the Internal Revenue Code and its regulations by engaging in collection activity in the absence of a procedurally proper assessment. As stated in my/our 7433 claim I/we seek damages for each disregard. The continued disregarding of the provisions of the Internal Revenue Code and its regulations increases the amount of damages I/we are seeking. Each piece of correspondence I/we receive from the IRS will be considered an additional disregard and will serve to increase the amount of damages I/we seek.

Dated: _____8 – 28_____ , 2006


_____
Roy A Watson

## Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Utah, personally appeared, Roy A Watson,  known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same as his/her/their free act and deed.



_____
Notary, State of Utah

I certify that I have served a copy of the foregoing on:

Beatriz T Saiz
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington DC 20044

Dated _____, 2006

_____
Roy A Watson

Department of the Treasury
Internal Revenue Service
ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

Date:
JULY 29, 2006

Taxpayer Identifying Number:
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    W 00

Caller ID:                     116578

Contact Telephone Number:
TOLL FREE:  1-800-829-7650
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-7650

ROY WATSON
PO BOX 766
PROVO  UT   84603-0766668

04579

## Reminder Notice

We are required by law to remind you periodically in writing about your overdue tax. The amount you owe is shown on the back of this letter.

You do not need to contact us about this letter if you are working with us to resolve your account. However, please call the telephone number listed above if you:

- have unanswered questions about the overdue taxes.
- wrote or called us more than 30 days ago and have not received a reply.

If you have NOT been working with us to resolve your account, please read the rest of this letter carefully. Then, based upon your situation, take the action listed in either Step 1 or Step 2.

**Step 1:**
If you agree with the amount shown on the back of this letter and have no questions, send us full payment. Make your check or money order payable to United States Treasury. Write your tax identifying number and the tax period(s) on your payment. Use the envelope provided and include the enclosed return cover sheet when sending us your payment or correspondence. Keep this letter for your records.

**Step 2:**
Call the telephone number listed above if you:

- believe the overdue tax is incorrect or have other questions.
- are unable to pay your overdue taxes in full. Be ready to tell us what your monthly income and expenses are so we can help you arrange a payment plan.

This office is authorized to take enforcement action to collect the amount you owe. This can include taking your property, or rights to property, such as wages, bank accounts, real estate or automobiles. We may also file a Notice of Federal Tax Lien without giving you advance notice. A lien is public notice to your creditors that the government has a right to your interests in your current assets and assets you acquire after we file a lien. This can affect your ability to obtain credit. To avoid possible enforcement actions, we must hear from you within 10 days from the date of this letter.

Enclosures:  Return Cover Sheet, Envelope

*530149347103*

Operations Manager, Automated Collection System

Letter 3228 (Rev. 01-2004)(LT-39)

 **IRS** Department of the Treasury
Internal Revenue Service
ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

Date:
JULY 29, 2006

Taxpayer Identifying Number:
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    W 00

Contact Telephone Number:
TOLL FREE:  1-800-829-7650
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM
ASISTENCIA EN ESPANOL 1-800-829-7650

004579.305971.0023.001 1 MB 0.326 855
Ilulululululullullmulldllululullullulullullululul

ROY WATSON
PO BOX 766
PROVO  UT    84603-0766668

004579

..................................................................................................................

Provide Us With Your Telephone Numbers So We May Contact You

Home: _____    Best time to call: _____

Work : _____    Best time to call: _____

Enclose your payment, tax returns or other correspondence and return with this cover sheet.

Fold this cover sheet so our address appears in the window of the enclosed envelope.

FOLD HERE    and return with your reply        FOLD HERE    and return with your reply
-------------------------------------------------------------------------------------

Automated Collection System

LT39

Amount Enclosed:$ _____

Internal Revenue Service
ACS SUPPORT
PO BOX 24017
FRESNO, CA 93779-4017

LT Coversheet  (except LT11/LT11NC) (01- 2004)

Taxpayer Identification Number:
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

# *Penalty and Interest*

)04579

The penalty and interest charges on your account are explained below.  If you want a more detailed explanation of your penalty and interest, please call the telephone number listed on the front of this notice/letter.

**Paying Late - IRC Section 6651 (a)(2)**

We charge a penalty when you do not pay your tax on time.  Initially, the penalty is one half percent of the unpaid tax for each month or part of a month you didn't pay your tax.

**Interest - IRC Section 6601**

We charge interest when your tax is not paid on time.  Interest is computed from the due date of your return (regardless of extensions) until paid in full.  Interest compounds daily except on late or underpaid estimated taxes for individuals or corporations.  Interest is also charged on penalties for late filing, over or understating valuations, and substantially understating the tax you owe.

Corporate Interest - We charge additional interest of 2% if, according to our records, you didn't make your corporate tax payment within 30 days after the IRS notified you of the underpayment of tax.  This interest begins on the 31st day after we notify you of the underpayment on tax amounts you owe over $100,000, minus your timely payments and credits.

**IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0030

_____

_____

ROY WATSON
PO BOX 766
PROVO  UT  84603-0766668

_____

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.      Use for payments
                                0469730661

    BODCD-WI                                    Letter Number:    LTR3175C
                                                Letter Date  :    2006-07-17
                                                Tax Period   :    000000


                                        *530149347*

                                        ROY WATSON
                                        PO BOX 766
    INTERNAL REVENUE SERVICE            PROVO  UT  84603-0766668

    OGDEN  UT  84201-0030


530149347 NL WATS 00 0 000000 670 00000000000

OGDEN  UT  84201-0030

In reply refer to:  0469730661
July 17, 2006  LTR 3175C    0
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  000000 00 000
                              19135
BODC: WI

ROY WATSON
PO BOX 766
PROVO  UT  84603-0766668

Dear Taxpayer:

        This is in reply to your correspondence dated Jan. 10, 2005.

        We have determined that the arguments you raised are frivolous and
have no basis in law.  Federal courts have consistently ruled against
such arguments and imposed significant fines for taking such frivolous
positions.

        You can obtain IRS Publication 2105, Why do I Have to Pay Taxes?,
from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf.  We
also refer you to a document entitled The Truth About Frivolous Tax
Arguments.  It is also on our website at www.irs.gov/pub/irs-utl/
friv_tax.pdf.  If you do not have internet access, you can obtain
copies of these documents from your local IRS office.

        There are some people who encourage others to violate our nation's
tax laws by arguing that there is no legal requirement for them to
file income tax returns or pay income taxes.  These people base their
arguments on legal statements taken out of context and on frivolous
arguments that have been repeatedly rejected by federal courts.
People who rely on this kind of information can ultimately pay more in
taxes, interest and penalties than they would have paid simply by
filing correct tax returns.

        People who violate the tax laws also may be subject to federal
criminal prosecution and imprisonment.  Information about the IRS's
criminal enforcement program is available on the internet at
www.irs.gov.  Once there, enter the IRS keyword: fraud.

        The IRS is working with the United States Department of Justice
and state taxing authorities to ensure that all taxpayers pay their
lawful share of taxes and to seek criminal indictments or civil
enforcement actions against people who promote or join in abusive and
fraudulent tax schemes.

        The claims presented in your correspondence do not relieve you
from your legal responsibilities to file federal tax returns and pay
taxes.  We urge you to honor those legal duties.

        If you persist in sending frivolous correspondence, we will not
continue to respond to it.  Our lack of response to further

0469730661
July 17, 2006  LTR 3175C   0
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  000000 00 000
                      19136

ROY WATSON
PO BOX 766
PROVO  UT  84603-0766668

correspondence does not in any way convey agreement or acceptance of
the arguments advanced.  If you desire to comply with the law
concerning your tax liability, you are encouraged to seek advice from
a reputable tax practitioner or attorney.

     This letter advises you of the legal requirements for filing and
paying federal individual income tax returns and informs you of the
potential consequences of the position you have taken.  Please observe
that the Internal Revenue Code sections listed below expressly
authorize IRS employees that act on behalf of the Secretary of the
Treasury to: 1.)examine taxpayer books, papers, records, or other data
which may be relevant or material; 2.) issue summonses in order to
gain possession of records so that determinations can be made of the
tax liability or for ascertaining the correctness of any return filed
by that person; and 3.) collect any such liability.

General Information on Filing Requirements and Authority to Collect
Tax

     Title 26, United States Code
          Section 6001  Notice or regulations requiring records,
          statements, and special returns
          Section 6011  General requirement of return, statement, or list
          Section 6012  Persons required to make returns of income
          Section 6109  Identifying numbers
          Section 6151  Time and place for paying tax shown on returns
          Section 6301  Collection Authority
          Section 6321  Lien for taxes
          Section 6331  Levy and distraint
          Section 7602  Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN)
PROVIDES:

CIVIL PENALTY - If -
     (1)  any individual files what purports to be a return of the tax
          imposed by subtitle A but which -
               (A)  does not contain information on which the substantial
                    correctness of the self-assessment may be judged, or
               (B)  contains information that on its face indicates that
                    the self-assessment is substantially incorrect; and
     (2)  the conduct referred to in paragraph (1) is due to -
               (A)  a position which is frivolous, or
               (B)  a desire (which appears on the purported return) to
                    delay or impede the administration of Federal income
                    tax laws, then such individuals shall pay a penalty

```
                                                        0469730661
                                July 17, 2006  LTR 3175C    0
                                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  000000 00 000
                                                           19138
```

ROY WATSON
PO BOX 766
PROVO  UT  84603-0766668

### PRIVACY ACT STATEMENT

   Under the Privacy Act of 1974, we must tell you that our legal
right to ask for information is Internal Revenue Code sections 6001,
6011, 6012(a) and their regulations.  They say that you must furnish
us with records or statements for any tax for which you are liable,
including the withholding of taxes by your employer.

We ask for information to carry out the Internal Revenue laws of
the United States, and you are required to give us this information.
We may give the information to the Department of Justice for civil
and criminal litigation, other federal agencies, states, cities, and
the District of Columbia for use in administering their tax laws.

If you don't provide this information, or provide fraudulent
information, the law provides that you may be charged penalties and,
in certain cases, you may be subject to criminal prosecution.  We
may also have to disallow the exemptions, exclusions, credits,
deductions, or adjustments shown on the tax return.  This could make
your tax higher or delay any refund.  Interest may also be charged.

0469730661
July 17, 2006  LTR 3175C    0
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  000000 00 000
19137

ROY WATSON
PO BOX 766
PROVO  UT  84603-0766668

of $500.00

PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by
subsection (a) shall be in addition to any other penalty provided
by law.

    If you any have questions, please write to us at the address
shown at the top of the first page of this letter.  Or, you may call
us toll free at 1-866-899-9083.  Whenever you write, please include
this letter and, in the spaces below, give us your telephone number
with the hours we can reach you.  You may also wish to keep a copy of
this letter for your records.

Your Telephone Number (___)_____  Hours _____

                              Sincerely yours,

                              Scott Prentky
                              Field Director, Compliance Services

Enclosure(s):
Copy of this letter
Publication 1
Publication 2105