UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY A. WATSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No. 06-00058 (RCL) |

## ORDER

Defendant's motion [6] to dismiss, filed March 27, 2006, is hereby DENIED without prejudice. Plaintiff subsequently filed, on August 31, 2006, an Amended Complaint, and defendant's motion [13] to dismiss the Amended Complaint remains pending.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, March 28, 2007.