UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROY A. WATSON, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-0058 (RCL) |
| UNITED STATES, | ) |
|     Defendant. | ) |

## ORDER

Having considered the United States' Motion [13] to Dismiss, the supporting memorandum of points and authorities, the opposition thereto, and the entire record of this proceeding, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action be, and is DISMISSED for failure to state a claim upon which relief may be granted or over which this Court has jurisdiction as to subject matter.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 4, 2007.